

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2021

No. 04-20-00051-CV

**MEDFINMANAGER, LLC**,
Appellant

v.

John **SALAS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22706
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
              Luz Elena D. Chapa, Justice
              Lori I. Valenzuela, Justice

We **ORDER** that the parties may file supplemental letters providing relevant citations to the record and legal authority, addressing whether appellant MedFinManager, LLC made in the trial court, and preserved for appeal, the argument that its breach of contract claim encompasses oral contracts, evidenced by accounts receivable, exclusive of the "Contract for Payment/Medical Lien."

Appellant's supplemental letter is due by May 5, 2021. Appellee's supplemental letter will be due five days after the filing of appellant's supplemental letter. Each party's supplemental letter is limited to 1,000 words and should only address the issue listed in this order.

It is so **ORDERED** on April 28, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT